judgment pending appeal, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. 02A1086. SANTIAGO *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL. Application for stay of removal pending appeal, addressed to JUSTICE GINSBURG and referred to the Court, denied.

JULY 9, 2003

No. 03–5183 (03A26). IN RE NOEL. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 03–5168 (03A23). NOEL *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 03–5224 (03A36). NOEL *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Sup. Ct. Ark. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

JULY 22, 2003

No. 03–5372 (03A48). TOLES *v.* OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

JULY 23, 2003

No. 03–5458 (03A68). IN RE RANSOM. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and